ORIGINAL

1  desiraedrakeinf

2  LEONARDO M. RAPADAS
   United States Attorney
3  STEVE A. CHIAPPETTA
   Special Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   Telephone: (671) 472-7332
6  Telecopier: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00005 |
| Plaintiff, | **INFORMATION** |
| vs. | **ENTERING MILITARY PROPERTY** [18 U.S.C. § 1382] (Counts 1-3) **(Misdemeanor)** |
| DESIRAE D. DRAKE, | **UNLAWFUL COMMERCIAL SOLICITATION** |
| Defendant. | [32 CFR § 43.6] (Counts 4-6) **(Misdemeanor)** |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### ENTERING MILITARY PROPERTY

On or about March 2, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam Telecommunications Annex, South Finegayan Housing Area, Dededo, Guam, for a purpose prohibited by law or lawful regulation, to wit: unlawfully solicit selling magazine subscriptions in violation of 32 Code of Federal Regulations Section 43.6, in violation of Title 18 United States Code, Section 1382.

1

## COUNT II

### ENTERING MILITARY PROPERTY

On or about March 7, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam Barracks #14, Santa Rita, Guam, for a purpose prohibited by law or lawful regulation, to wit: unlawfully solicit selling magazine subscriptions in violation of 32 Code of Federal Regulations Section 43.6, in violation of Title 18 United States Code, Section 1382.

## COUNT III

### ENTERING MILITARY PROPERTY

On or about March 9, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam, Naval Hospital, Agana Heights, Guam, for a purpose prohibited by law or lawful regulation, to wit: unlawfully solicit selling magazine subscriptions in violation of 32 Code of Federal Regulations Section 43.6, in violation of Title 18 United States Code, Section 1382.

## COUNT IV

### UNLAWFUL COMMERCIAL SOLICITATION

On or about March 2, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam, Telecommunications Annex, Dededo, Guam, and unlawfully engaged in unauthorized personal commercial solicitation, to wit: selling of magazine subscriptions, all in violation of 32 Code of Federal Regulations Section 43.6.

## COUNT V

### UNLAWFUL COMMERCIAL SOLICITATION

On or about March 7, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam, Main Base, Santa Rita,

Guam, and unlawfully engaged in unauthorized personal commercial solicitation, to wit: selling of magazine subscriptions, all in violation of 32 Code of Federal Regulations Section 43.6.

## COUNT VI

### UNLAWFUL COMMERCIAL SOLICITATION

On or about March 9, 2006, in the District of Guam, the defendant, **DESIRAE D. DRAKE**, went upon a United States military reservation, to wit: Naval Base Guam, Naval Hospital, Agana Heights, Guam, and unlawfully engaged in unauthorized personal commercial solicitation, to wit: selling of magazine subscriptions, all in violation of 32 Code of Federal Regulations Section 43.6

Submitted this 17th day of March 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
STEVE A. CHIAPPETTA
Special Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3