<u>**Criminal Case Cover Sheet**</u>                                                                                       <u>**U.S. District Court**</u>

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

**06-00005**

Superseding Indictment _____ Docket Number _____
Same Defendant _____      New Defendant ___X___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name     ____Desirae D. Drake____

Alias Name         _____

Address            _____

                   _____Concord, CA_____

Birthdate __1986__ SS# _xxx-xx-8215_ Sex _F_ Race _None_ Nationality _Caucasion_

**U.S. Attorney Information:**

AUSA _Steve Chiappetta_

Interpreter: __X__ No ___ Yes  List language and/or dialect: _____

**RECEIVED**
MAR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __6__        _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1382 | Entering Military Property | 1-3 |
| Set 2 | 32 CFR 43.6 | Unlawful Commercial Solicitation | 4-6 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _17 MAR 06_    Signature of AUSA: _[signature]_