ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  STEVEN CHIAPPETTA
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE TERRITORY OF GUAM

9  UNITED STATES OF AMERICA,      ) MAGISTRATE CASE NO. 06-00005
                                  )
10             Plaintiff.         )
                                  ) **UNITED STATES' REQUEST**
11       vs.                      ) **FOR ISSUANCE OF WARRANT**
                                  )
12 DESIRAE D. DRAKE,              )
                                  )
13             Defendant.         )
                                  )

14
       Comes now the United States of America and requests this Honorable Court issue a
15
   warrant for defendant, DESIRAE D. DRAKE, based on an Information filed charging the
16
   defendant with three counts of Entering Military Property in violation to 32 Code of Federal
17
   Regulations Section 43.6, in violation of Title 18 United States Code, Section 1382, and three
18
   counts of Unlawful Commercial Solicitation in violation of 32 Code of Federal Regulations
19
   Section 43.6..
20
       Respectfully submitted this 17th day of March 2006.
21
                                         LEONARDO M. RAPADAS
22                                       United States Attorney
                                         Districts of Guam and NMI
23

24                               By:     /s/
25                                       STEVEN CHIAPPETTA
                                         Special Assistant U.S. Attorney
26

27

28