LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006 qp
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. **06-00005** |
| Plaintiff. | ) |
| vs. | ) **O R D E R**<br>) Re: March 17, 2006<br>) United States' Request for |
| DESIRAE D. DRAKE, | ) Issuance of Warrant |
| Defendant. | ) |

IT IS SO ORDERED that a warrant will be issued for the above-named defendant.

3/17/2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam