02658093

&AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __GUAM__

UNITED STATES OF AMERICA

v.

**DESIRAE D. DRAKE**

WARRANT FOR ARREST

Case Number: MJ-06-00005

FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to __DESIRAE D. DRAKE__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  X Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**[18 U.S.C. § 1382] - ENTERING MILITARY PROPERTY - COUNTS I - III**

**[18 U.S.C. § 13] - UNLAWFUL COMMERCIAL SOLICITATION - COUNTS IV - VI [32 CFR §43.6]**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**MAGISTRATE JUDGE**
Title of Issuing Officer

**MARCH 17, 2006; HAGATNA, GUAM**
Date and Location

ORIGINAL

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Agana Hts., Guam |

| DATE RECEIVED 3/17/06 | NAME AND TITLE OF ARRESTING OFFICER John Curry  CIDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/17/06 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    **DESIRAE D. DRAKE**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____