
FILED
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>DESIRAE D. DRAKE,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00005<br><br>APPOINTMENT ORDER |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the defendant in the above-entitled case.

Dated this 17th day of March, 2006.

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
U.S. DISTRICT COURT OF GUAM

ORIGINAL