IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
MAR 20 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-06-00005**        **DATE: March 17, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: NONE PRESENT
Court Recorder: Jamie Phelps       Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 6:31:54- 7:03:55      CSO: NONE PRESENT

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: DESIRAE D. DRAKE**        **ATTY: WILLIAM L. GAVRAS**
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.    (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: STEVE CHIAPPETTA      AGENT:

U.S. PROBATION: M. CRUZ / R. VILLAGOMEZ-AGUON    U.S. MARSHAL: J. CURRY / C. MARQUEZ / D. PUNZALAN

**PROCEEDINGS:  INITIAL APPEARANCE AND ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: __WILLIAM GAVRAS__, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: ___  SCHOOL COMPLETED: __DID NOT COMPLETE HIGH SCHOOL__
(X) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING THEIR PHYSICAL AND MENTAL CONDITION
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT (X) INFORMATION ( ) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY* (X) *NOT GUILTY* - TO: __ALL COUNTS IN THE INFORMATION__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

X ) TRIAL SET FOR:  __MAY 15, 2006 at 9:30 a.m.__

PROCEEDINGS CONTINUED TO: _____ at _____
(X) DEFENDANT TO BE RELEASED ON BOND
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (X) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Trial Order executed.  Government raised its concern that the defendant does not have any ties to the community and recommended detention.  Defense objected.  The Court released the defendant with the condition that the defendant report to U.S. Probation as directed; stay away from all ports of entry or exit; no firearms or dangerous weapons; refrain from the use of drugs; and defendant is barred from entering any military installations; surrender birth certificate and travel documents by 9:00 a.m. on Monday, March 20th; and obtain no other passport or travel documents.

Courtroom Deputy: ____