# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Desirae D. Drake, <br><br> Defendant. | Case No. 1:06-mj-00005 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order and Order Setting Conditions of Release filed March 17, 2006*, on the dates indicated below:

| U.S. Attorney's Office | William Gavras | U.S. Probation Office | U.S. Marshals Service |
|---|---|---|---|
| March 20, 2006 | March 20, 2006 | March 20, 2006 *(Order Setting Conditions of Release only)* | March 20, 2006 *(Order Setting Conditions of Release only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order and Order Setting Conditions of Release filed March 17, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 21, 2006         /s/ Marilyn B. Alcon
                              Deputy Clerk