William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DESIRAE D. DRAKE

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESIRAE D. DRAKE,<br><br>Defendant. | Magistrate No. MJ06-00005<br><br><br>MOTION TO SCHEDULE<br>CHANGE OF PLEA HEARING |

**COMES NOW** the Defendant, Desirae D. Drake, through counsel, and moves this Honorable Court to schedule the Defendant's change of plea from not guilty to guilty. There is no written plea agreement in this case.

LAW OFFICES OF GORMAN & GAVRAS

Date: March 29, 2006.        By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
DESIRAE D. DRAKE

ORIGINAL

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the U.S. Attorney, by hand delivery, a true and correct copy of this document on March 30, 2006.

Date: March 29, 2006.          By: _____
                                    WILLIAM L. GAVRAS, ESQ.
                                    Attorneys for Defendant
                                    DESIRAE D. DRAKE