William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DESIRAE D. DRAKE



FILED
DISTRICT COURT OF GUAM
MAR 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 06-00005 |
| Plaintiff, | |
| vs. | ORDER |
| DESIRAE D. DRAKE, | |
| Defendant. | |

The Defendant has filed a Motion requesting the Court to Schedule a Change of Plea hearing in the above-entitled magistrate case. Accordingly,

IT IS HEREBY ORDERED that the change of plea hearing in this case will come on for hearing before this Court on Monday, April 3, 2006, at 10:00 a.m.

Dated this 31st day of March 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL