AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Desirae D. Drake,

    Defendant.

**NOTICE**

CASE NUMBER: 1:06-mj-00005

[ **X** ] **TAKE NOTICE** that a proceeding in this case has been **rescheduled** for the place, date, and time set forth below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | ROOM NO.<br>Joaquin V.E. Manibusan Jr. |
| --- | --- |
| | DATE AND TIME<br>**at Tuesday, April 4, 2006 at 1:30 p.m.** |

TYPE OF PROCEEDING

*Change of Plea*

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
| --- | --- | --- |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 3, 2006

DATE

/s/ (BY) DEPUTY CLERK

TO: U.S. Attorney's Office
    William Gavras

    U.S. Probation Office
    U.S. Marshals Service