IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**MAGISTRATE CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
APR - 5 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-06-00005**  **DATE: April 4, 2006**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**    Law Clerk: Judith Hattori

Court Recorder/Courtroom Deputy : Marilyn B. Alcon

**Hearing Electronically Recorded: 1:48:48 - 1:59:24**    CSO: J. Lizama

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: DESIRAE D. DRAKE**    **ATTY : WILLIAM L. GAVRAS**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: FREDERICK BLACK**    **AGENT:**

**U.S. PROBATION: JOHN SAN NICOLAS**    **U.S. MARSHAL: J. CURRY / D. PUNZALAN/W. GRAY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:   CHANGE OF PLEA and SENTENCING**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: **COUNT 1 OF THE INFORMATION**
( X ) COUNT(S)  **2, 3, 4, 5 and 6**  DISMISSED ON GOVERNMENT'S MOTION
( X ) NO WRITTEN PLEA AGREEMENT FILED

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING ( ) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( X ) DEFENDANT RELEASED

**NOTES: The Court accepts the plea.**

**SENTENCING:**

**Defendant was sentenced to $200.00 fine; $10.00 Special Assessment Fee. Defendant advised of her appeal rights.**

Courtroom Deputy: *mba*