William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DESIRAE D. DRAKE

FILED
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DESIRAE D. DRAKE,<br><br>　　　　Defendant.<br>_____/ | Magistrate No. MJ06-00005<br><br><br><br>MOTION |

　　COMES NOW Defendant, by and through her undersigned counsel, as she is no longer under the supervision of this Court, hereby moves to request her Birth Certificate and/or Passport be returned to her by the Clerk of Court or the U.S. Probation.

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF GORMAN & GAVRAS

Date: April 5, 2006.　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　WILLIAM L. GAVRAS, ESQ.
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　DESIRAE D. DRAKE

**ORIGINAL**

People of Guam v. Drake.
Motion
April, 2006

## CERTIFICATE OF SERVICE

I certify that I will cause to be served upon the Office of the U.S. Attorney, by hand delivery, a true and correct copy of this document on April 5, 2006.

Date: April 5, 2006.    By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Defendant
DESIRAE D. DRAKE