# UNITED STATES DISTRICT COURT

District of     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**DESIRAE D. DRAKE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense) — Short Form<br><br>CASE NUMBER: MJ-06-00005<br>USM NUMBER:<br><br>**WILLIAM GAVRAS**, Court-Appointed Attorney<br>Defendant's Attorney |

**FILED**
**DISTRICT COURT OF GUAM**
**APR -6 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

**THE DEFENDANT:**

X    **THE DEFENDANT** pleaded guilty to count(s)    I

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1382 | ENTERING MILITARY PROPERTY | 03/02/2006 | I |

X    Count(s)    2, 3, 4, 5 and 6    ☐ is    X are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 200.00 |

| | |
|---|---|
| Defendant's Soc. Sec. No.:   XXX-XX-8215 | April 4, 2006<br>Date of Imposition of Judgment |
| Defendant's Date of Birth:   XX-XX-1986 | /s/ Signature of Judge |
| Defendant's Residence Address: | |
| | **JOAQUIN V. E. MANIBUSAN, Jr., Magistrate Judge**<br>Name and Title of Judge |
| Agana Heights, Guam | April 6, 2006<br>Date |
| Defendant's Mailing Address: | |

**ORIGINAL**