William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Defendant
DESIRAE D. DRAKE

FILED
DISTRICT COURT OF GUAM
APR - 7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. MJ06-00005 |
| Plaintiff, | |
| vs. | ORDER |
| DESIRAE D. DRAKE, | |
| Defendant. | |

Upon consideration of the motion of Defendant for the release of her birth certificate;

The Court hereby directs the Clerk of Court to release the Defendant's birth certificate forthwith.

Dated this 7th day of April 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**