# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Carmen D. O'Mallan, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED**
**DISTRICT COURT OF GUAM**
**APR 17 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

[X] **Original Notice**　　　　　　　　　　　　[X] **Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **March 17, 2006** | Date: | **April 4, 2006** |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** |

| | | | |
|---|---|---|---|
| Defendant: | **DRAKE, Desirae Deanna** | Case Number: | **USDC MJ CS. NO. 06-00005-001** |
| Date of Birth: | **XX-XX-1986** | Place of Birth: | **Oakland, California - USA** |
| SSN: | **XXX-XX-8215** | | |

**NOTICE OF COURT ORDER** (Order Date:　**March 20, 2006**　)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:06-mj-00005　　Document 22　　Filed 04/17/2006　　Page 1 of 1